IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD STANLEY LAVIGNE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:23-285 & 3:24-2 |
| MICHAEL UNDERWOOD, Warden, ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith Pesto |
| Respondent. ) | |

### ORDER OF COURT

AND NOW, this 23rd day of December, 2024, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that the Reports and Recommendation (Civ. A. No. 3:23-285, Docket No. 5; Civ. A. No. 3:34-2, Docket No. 7) are adopted, in part, and the habeas petitions filed by Petitioner Donald Stanley Lavigne (Civ. A. No. 3:23-285, Docket No. 4; Civ. A. No. 3:24-4, Docket No. 6) are DISMISSED, without prejudice;

IT IS FURTHER ORDERED that Petitioner's objections are OVERRULED;

IT IS FURTHER ORDERED that the Clerk of Court shall mark these cases CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

                                                *s/ Nora Barry Fischer*
                                                Nora Barry Fischer
                                                Senior U.S. District Judge

cc/ecf: United States Magistrate Judge Keith A. Pesto

cc: Donald Stanley Lavigne
BOP # 77000-509
Detroit RRM
4026 E. ARKONA RD.
MILAN, MI  48160 (via first class mail)